OLIVER *et al. v.* HARRISON, ordinary, *et al.*

GRICE, Justice. Under the circumstances of this case, and on application of the principles ruled in *Aycock* v. *State, ex. rel. Boykin,* 184 *Ga.* 709 (193 S. E. 264), the judgment refusing to enjoin the election of June 8, 1937, is                    *Affirmed. All the Justices concur.*

No. 11924. NOVEMBER 12, 1937.

*George L. & Carter Goode,* for plaintiffs.

*M. J. Yeomans, attorney-general, Linton S. Johnson, Dave M. Parker, W. H. Duckworth, Marshall L. Allison, O. H. Dukes, Ellis G. Arnall, L. P. Webb,* and *Worley Adams,* for defendants.